AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

LONNIE JONES, on behalf of himself and other similarly situated,
*Plaintiff*
v.
CONVERSE ELECTRIC, INC.,
*Defendant*

Civil Action No. 2:21-CV-1830

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This case is TERMINATED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Sarah D. Motion   on a motion for _____
The Motion, ECF No. 31, is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

Date:   10/25/2022

*CLERK OF COURT*

s/ Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*